# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: Pagtakhan

Debtor.

Case No. 2021-21652

**SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140(a)(2)**

[No Hearing Required]

We, Maria Leah Pagtakhan [Debtor - Print Name] and Reggie Pagtakhan [Non-Filing Spouse - Print Name], hereby waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. § 703.140(b).

Dated: 05 / 26 / 2021

_[Debtor - Sign Name]_

Dated: 05 / 26 / 2021

_[Non-Filing Spouse - Sign Name]_

*Caveat [Warning]: By signing this form, you may be giving up valuable legal rights. Before signing, you should seek the advice of an attorney. The Clerk's Office cannot give legal advice.*

EDC 3-060 (New 12/19/01)