**1**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 2021-21652-A-13C |
| ) | DCN: GW-1 |
| ) | |
| MARIA LEAH PAGTAKHAN, ) | TRUSTEE'S NON-OPPOSITION TO |
| ) | DEBTOR(S) MOTION TO CONFIRM |
| ) | |
| ) | DATE:           AUGUST 31, 2021 |
| ) | TIME:           9:00 A.M. |
| ) | JUDGE:        CLEMENT |
| Debtor(s) ) | COURTROOM: 28 |

     DAVID P. CUSICK, TRUSTEE, does not oppose Debtor(s) Motion to Confirm Plan.

     The Debtor is current in plan payments to the Trustee. The Trustee believes the plan nonstandard provisions paying aby combined tax refunds over $2000, (DN 40, Page 7), are reasonable.

     The Trustee believes the plan satisfies 11 U.S.C. §1325.

     WHEREFORE, the Trustee requests that the matter be considered.

Dated: AUGUST 17, 2021            /s/Neil Enmark _____
                                           NEIL ENMARK, Attorney for Trustee