4

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Maria Leah Pagtakhan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re

**Maria Leah Pagtakhan**,

Debtor.

) Case No. 2021-21652
)
) Chapter 13
)
) DC #: GW-3
)
) **MOTION TO CONFIRM FIRST**
) **AMENDED CHAPTER 13 PLAN**
)
) **Date: November 16, 2021**
) **Time: 9:00 A.M.**
) **Location: 501 I Street, Seventh Floor,**
) **Courtroom No. 28 Sacramento,**
) **California**

Debtor, by and through her attorney, Geoffrey E. Wiggs, hereby requests that Debtor's First Amended Chapter 13 Plan be confirmed as follows:

1. Debtor filed her case on May 4, 2021.

2. Debtor has prepared a First Amended Chapter 13 Plan for purposes of addressing the Objections to Debtor's original Chapter 13 Plan filed by Chapter 13 Trustee, David P. Cusik. (Docket #20) and secured creditor Rushmore Loan Management, on behalf of U.S. Bank N.A. As Legal Title Trustee For Truman 2016 SC6 Title Trust.

- 1 -

Motion to Confirm First Amended Chapter 13 Plan

Case # 21-21652

3. The Objections by the Chapter 13 Trustee were noted in Trustee's Objection and also raised at Debtor's 341 Meeting of Creditors, held June 17, 2021.

4. Debtor submits this motion with the belief that, at this time, all outstanding Objections have been addressed.

**Amended Schedules**

5. Concurrently, or prior to, the filing of this Motion to Confirm, Debtor has filed amendments to her Schedule I/J, Schedule G, and Statement of Financial Affairs, as well as Debtor's First Amended Chapter 13 Plan to address Objections raised by the Secured Creditor and the Chapter 13 Trustee

**Trustee Objections**

   **Objection #1: Plan will not complete in 60 months**

6. Debtor's initial Chapter 13 Plan contemplated a monthly payment of $4,500 for 60 months.

7. At the time of filing, Debtor was not advised of the full extent of the mortgage arrears that would be claimed by secured creditor Rushmore Loan Management.

8. Debtor's First Amended Chapter 13 Plan requires 60 monthly payments of $6,567.00.

9. The increased plan payment satisfies all claimed arrears on secured debt and, based on Debtor's Amended Schedule I and J, is feasible.

10. The increased plan payment also resolves the objection of secured creditor Rushmore Loan Management/Us Bank.

   **Objection #2: Attorney Fees**

11. Debtor's First Amended Chapter 13 Plan addresses Trustee's Objection regarding the initial Plan's failure to provide for Attorney Fees through the Plan. Debtor's First Amended Plan

- 2 -

provides for payments of $500.00 per month until the outstanding attorney fees of $1000 have been paid.

**Objection #3: Schedule H**

Debtor's Amended Schedule H properly identifies Debtor's husband, Reggie Pagtakhan as a community property co-debtor as well as Debtor's mother-in-law, Luz Pagtakhan, as a co-debtor on Debtor's mortgage with Secured Creditor.

**Objection #4: Prior Income**

12. Debtor's Amended Statement of Financial Affairs properly schedules prior years income for both Debtor and Debtor's Spouse. These amounts were previously missed due to a clerical error.

**Objection #5: Ability to Pay**

13. Debtor's initial Schedule J incorrectly showed a direct payment of Debtor's mortgage and automobile loans.

14. Debtor has amended her Schedule J to remove the direct payment. With this amendment, Debtor's First Amended Chapter 13 Plan is feasible.

**Unlisted Creditors**

15. Debtor has amended her creditor matrix to list three creditors that were not previously listed in her case.

16. All of Debtor's non-filing spouse's debt is properly listed in Debtor's Amended Schedules.

WHEREFORE, Movant prays the Court enter an Order confirming Debtor's First Amended Chapter 13 Plan.

oo0oo

- 3 -

Dated: September 27, 2021          **LAW OFFICES OF GEOFF WIGGS**
                                   */s/ GEOFFREY E. WIGGS*
                                   Attorney for Debtor

- 4 -