2

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Maria Leah Pagtakhan

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Case No. 2021-21652 |
| | ) |
| **Maria Leah Pagtakhan**, | ) Chapter 13 |
| Debtor. | ) DC #: GW-3 |
| | ) |
| | ) **NOTICE OF HEARING** |
| | ) |
| | ) **Date:  November 16, 2021** |
| | ) **Time: 9:00 am** |
| | ) **Location:** |
| | )      **501 I Street, Seventh Floor** |
| | )      **Courtroom no. 28** |
| | )      **Sacramento, Ca** |

Debtor has filed papers with the Court to Confirm her First Amended Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to Confirm Debtor's First Amended Plan, or if you want the Court to consider your views on this matter, then on or before 14 calendar days prior to the hearing date, you or your attorney must:

File with the Court a written response with supporting evidence at:

– 1 –

NOTICE OF HEARING

U.S. Bankruptcy Court
Suite 3-200
501 I Street
Sacramento CA 95814

You must also mail a copy to the Law Offices of Geoff Wiggs at

Law Offices of Geoff Wiggs
1900 S. Norfolk St., Ste 350
San Mateo, Ca 94403

Opposition shall be accompanied by evidence establishing its factual allegations.

In addition to timely filing a response and evidence to support your response, you should attend the hearing which has been scheduled for:

Date:　　　November 16, 2021
Time:　　　9:00 a.m.
Place:　　　U.S. Bankruptcy Court
　　　　　　Seventh Flr, Courtroom 28
　　　　　　501 I Street
　　　　　　Sacramento CA 95814

If you do not file a response to this at least 14 Calendar days prior to the scheduled hearing date, the Court may resolve the matter without oral argument and grant the relief requested without a hearing.

oo0oo

Dated: September 27, 2021　　　**LAW OFFICES OF GEOFF WIGGS**
　　　　　　　　　　　　　　　*/s/ GEOFFREY E. WIGGS*
　　　　　　　　　　　　　　　Attorney for Debtor

– 2 –

**NOTICE OF HEARING**

Case # 21-21652