**1**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 2021-21652-A-13C |
| | DCN: GW-3 |
| MARIA LEAH PAGTAKHAN, | TRUSTEE'S NON-OPPOSITION TO DEBTOR(S) MOTION TO CONFIRM |
| | DATE: NOVEMBER 16, 2021 |
| | TIME: 9:00 A.M. |
| | JUDGE: CLEMENT |
| Debtor(s) | COURTROOM: 28 |

　　　DAVID P. CUSICK, TRUSTEE, does not oppose Debtor(s) Motion to Confirm Plan, (plan filed August 2, 2021, DN 40.)

　　　The Debtor is current in plan payments to the Trustee. The Trustee believes the plan nonstandard provisions, (DN 40, Page 7, volunteering any tax refunds over $2,000). are reasonable. The Trustee believes the plan satisfies 11 U.S.C. §1325.

　　　WHEREFORE, the Trustee requests that the matter be considered.

Dated: NOVEMBER 2, 2021　　　　　　　/s/Neil Enmark_____
　　　　　　　　　　　　　　　　　　　　　　NEIL ENMARK, Attorney for Trustee

1