**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 2021-21652-A-13C |
| | ) | DCN: GW-3 |
| | ) | |
| MARIA LEAH PAGTAKHAN, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | DATE:            NOVEMBER 16, 2021 |
| | ) | TIME:            9:00 A.M. |
| | ) | JUDGE:          CLEMENT |
| | ) | COURTROOM:  28 |
| Debtor(s) | ) | |

I, Teryl Wegemer, hereby certify that I am employed in the County of Sacramento, am over the age of eighteen (18) years and am not a party to the within cause of action. My business mailing address is P.O. Box 1858, Sacramento, California 95812-1858.

On NOVEMBER 2, 2021, I served the TRUSTEE'S NON-OPPOSITION TO DEBTORS MOTION TO CONFIRM PLAN on the interested parties by placing a true copy thereof in a

1

sealed envelope with the postage thereon fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Folsom, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below.

MARIA LEAH PAGTAKHAN
2354 LANSDOWNE PLACE
VALLEJO, CA 94591

GEOFF WIGGS, ESQ.
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOVEMBER 2, 2021 at Folsom, California.

/s/Teryl Wegemer
Teryl Wegemer