**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Maria Leah Pagtakhan,<br>        Debtor. | ) Case No. 21-21652 - A - 13<br>) Docket Control No. GW-3<br>) Document No. 55<br>) Date: 11/16/2021<br>) Time: 9:00 AM<br>) Dept: A |

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the debtor's motion to confirm is continued to December 17, 2021, at 9:00 a.m.

IT IS FURTHER ORDERED that on or before November 30, 2021, the debtor shall file and serve Amended Schedules I and J, on all interested parties. If the debtor fails to file the required schedules by this date the court may deny this motion without further hearing.

Dated: November 18, 2021

Fredrick E. Clement
United States Bankruptcy Judge

[55] - Motion/Application to Confirm Chapter 13 Plan [GW-3] Filed by Debtor Maria Leah Pagtakhan (lars)