David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In Re: | Case No: 21-21652-A-13C |
|---|---|
| Maria Leah Pagtakhan | NOTICE OF FILED CLAIMS |
| Debtor(s) | |

In accordance with Local Bankruptcy Rule 3007-1(d)(2), David P. Cusick, Chapter 13 Trustee, has compiled a list of filed claims in this case.

(1) Prior to the expiration of the deadline to object to proofs of claims applicable in chapter 13 cases, set in Subpart(d)(3) below, the Trustee shall pay a claim as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to such claim that is set for hearing within sixty (60) days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the claim. If the objection is overruled, at the request of the claimant or the Trustee, the Court may make provision for payment of any dividends not paid while the objection was pending.

(2) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 days after the order for relief or 180 days after plan confirmation.

(3) Objections to claims shall be filed and served no later than sixty (60) days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to LBR 3007-1(b)(1) or (b)(2) on the earliest available court date.

(4) Nothing herein shall prevent the debtor, the Trustee, or any other party-in-interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (d)(3) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(5) If the Notice of Filed Claims includes allowed claims that are not provided for in the chapter 13 plan, or that will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and lien avoidance motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than ninety (90) days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available Court date.

(6) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(7) If the Court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the Court. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(8) If the Court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim that identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS. The Chapter 13 Trustee makes no warranty as to information herein. The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan. The debtor should note these dates:

| | |
|---|---|
| Chapter 13 Filed | Tue May 4, 2021 |
| First 341 Hearing | Thu June 17, 2021 |
| Confirmation Date | |
| Bar Date/Govt Bar | Tue July 13, 2021 / Mon November 1, 2021 |

| | |
|---|---|
| "Scheduled" | refers to the amount listed for the debt in the Schedule of Creditors filed at Court. |
| "Filed" | refers to the amount listed in the claim filed by or on behalf of the creditor. |
| "Amt Per Plan" | refers to the amount according to the plan. |
| "Not Provided" | refers to a claim amount not provided for by the Plan. |
| "Special Notices" | refers to parties who may be entitled to special notice. |

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

Dated: December 03, 2021

_____
DAVID P. CUSICK
CHAPTER 13 TRUSTEE

Case 21-21652

21-21652-A-13C

Claim No.:24----Amex----Class:UNSECURED
    Address: Correspondence Bankruptcy  Po Box 981540  El Paso TX 79998 ,  79998
    Account No.:0483                                          Date Filed:
    Scheduled:     $4,925.00                 Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         NO CLAIM FILED        Pay Percent:  0.00
                                                    Note:

Claim No.:27----Amex----Class:UNSECURED
    Address: Correspondence Bankruptcy  Po Box 981540  El Paso TX 79998 ,  79998
    Account No.:9150                                         Date Filed:
    Scheduled:     $1,672.00                 Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         NO CLAIM FILED        Pay Percent:  0.00
                                                    Note:

Claim No.:4----Attorney Lender Services Inc----Class:Court Matrix
    Address:  8120 E La Palma Ave Ste 209  Anaheim CA 92807 ,  92807
    Account No.:                                              Date Filed:
    Scheduled:     $0.00                         Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         $0.00                       Pay Percent:  0.00
                                                    Note:

Claim No.:5----Attorney Lender Servicesw Inc----Class:UNSECURED
    Address:  5120 E La Palma SAve Ste 209  Anaheim CA 92807 ,  92807
    Account No.:                                              Date Filed:
    Scheduled:     $0.00                         Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         NO CLAIM FILED        Pay Percent:  0.00
                                                    Note:

Claim No.:6----Barclays Bank Delaware----Class:UNSECURED
    Address: Attn Bankruptcy  PO Box 8801  Wilmington DE 19899 ,  19899
    Account No.:1592                                         Date Filed:
    Scheduled:     $0.00                         Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         NO CLAIM FILED        Pay Percent:  0.00
                                                   Note:

Claim No.:25----Barclays Bank Delaware----Class:UNSECURED
    Address: Attn Bankruptcy  PO Box 8801  Wilmington DE 19899 ,  19899
    Account No.:2476                                         Date Filed:
    Scheduled:     $0.00                         Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         NO CLAIM FILED        Pay Percent:  0.00
                                                   Note:

Claim No.:3----BECKET & LEE LLP----Class:UNSECURED
    Address:  P O BOX 3001 MALVERN, PA 19355-0701
    Account No.:2003                                         Date Filed:   Jun 10, 2021
    Scheduled:     $5,120.46                 Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:         $5,134.45               Pay Percent:  0.00
                                                   Note:  AMEX

Filed 12/03/21    Case 21-21652    Doc 68

21-21652-A-13C

**Claim No.:26----BEST BUY----Class:UNSECURED**
Address: P O BOX 78009  PHOENIX AZ 85062 , 85062
Account No.:                                           Date Filed:
Scheduled:    $1,300.45                                Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        NO CLAIM FILED                           Pay Percent:  0.00
                                                       Note:

**Claim No.:8----Capital One----Class:UNSECURED**
Address: PO BOX 31293  Salt Lake City UT 84131 , 84131
Account No.:8506                                       Date Filed:
Scheduled:    $751.00                                  Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        NO CLAIM FILED                           Pay Percent:  0.00
                                                       Note:

**Claim No.:7----CAPITAL ONE BANK (USA) N A BY AMERICAN INFOSOURCE AS AGENT----Class:UNSECURED**
Address: P O BOX 71083  CHARLOTTE, NC  28272-1083
Account No.:2090                                       Date Filed:   Jun 23, 2021
Scheduled:    $3,046.00                                Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        $5,136.04                                Pay Percent:  0.00
                                                       Note:

**Claim No.:49----CAPITAL ONE BANK (USA) N A BY AMERICAN INFOSOURCE AS AGENT----Class:UNSECURED**
Address: P O BOX 71083  CHARLOTTE, NC  28272-1083
Account No.:9150                                       Date Filed:   Jun 23, 2021
Scheduled:    $0.00                                    Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        $1,892.25                                Pay Percent:  0.00
                                                       Note:

**Claim No.:28----Citibank Best Buy----Class:UNSECURED**
Address: Citicorp Credit Srvs Centralized Bk dep  Po Box 790034  St Louis MO 63179 , 63179
Account No.:9392                                       Date Filed:
Scheduled:    $0.00                                    Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        NO CLAIM FILED                           Pay Percent:  0.00
                                                       Note:

**Claim No.:9----CITIBANK N A----Class:UNSECURED**
Address: 6716 GRADE LN BLDG 9 STE 910-PY DEPT  LOUISVILLE, KY  40213-3439
Account No.:6111                                       Date Filed:   Jul 09, 2021
Scheduled:    $0.00                                    Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        $583.66                                  Pay Percent:  0.00
                                                       Note: BEST BUY

**Claim No.:11----Department of Education Nelnet----Class:UNSECURED**
Address: Attn Bankruptcy  Po Box 82561  Lincoln NE 68501 , 68501
Account No.:2974                                       Date Filed:
Scheduled:    $0.00                                    Monthly Pmt:$0.00         Int. Rate: 0.00
Filed:        NO CLAIM FILED                           Pay Percent:  0.00
                                                       Note:

Claim No.:29----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:9174     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:30----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:9274     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:31----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:6761     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:32----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:7161     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:33----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:7061     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:34----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:6961     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:35----Department of Education Nelnet----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 82561 Lincoln NE 68501 , 68501
    Account No.:6861     Date Filed:
    Scheduled:    $0.00     Monthly Pmt:$0.00     Int. Rate: 0.00
    Filed:    NO CLAIM FILED     Pay Percent: 0.00
                                                Note:

Claim No.:36----Department of Education Nelnet----Class:UNSECURED
  Address: Attn Bankruptcy  Po Box 82561  Lincoln NE 68501 ,  68501
  Account No.:6861                              Date Filed:
  Scheduled:    $0.00                           Monthly Pmt:$0.00         Int. Rate: 0.00
  Filed:        NO CLAIM FILED                  Pay Percent:  0.00
                                                Note:

Claim No.:37----Department of Education Nelnet----Class:UNSECURED
  Address: Attn Bankruptcy  Po Box 82561  Lincoln NE 68501 ,  68501
  Account No.:2874                              Date Filed:
  Scheduled:    $0.00                           Monthly Pmt:$0.00         Int. Rate: 0.00
  Filed:        NO CLAIM FILED                  Pay Percent:  0.00
                                                Note:

Claim No.:10----Department Store National Bank Macys----Class:UNSECURED
  Address: Attn Bankruptcy  9111 Duke Boulevard  Mason OH 45040 ,  45040
  Account No.:1110                              Date Filed:
  Scheduled:    $0.00                           Monthly Pmt:$0.00         Int. Rate: 0.00
  Filed:        NO CLAIM FILED                  Pay Percent:  0.00
                                                Note:

Claim No.:12----FLAGSHIP CREDIT ACCEPTANCE----Class:SECURED VEHICLE- PMSI
  Address:  P O BOX 975658  DALLAS, TX  75397
  Account No.:9759                              Date Filed:  Jun 09, 2021
  Scheduled:    $4,019.00                       Monthly Pmt:$440.14       Int. Rate: 0.00
  Filed:        $2,333.45                       Pay Percent:  100.00
                                                Note:  12 ACURA TSX/0%

Claim No.:21----Geoff E. Wiggs----Class:Court Matrix
  Address: 1900 S Norfolk St #350  San Mateo, CA  94403
  Account No.:                                  Date Filed:
  Scheduled:    $0.00                           Monthly Pmt:$0.00         Int. Rate: 0.00
  Filed:        $0.00                           Pay Percent:  0.00
                                                Note:

Claim No.:23----INTERNAL REVENUE SERVICE----Class:PRIORITY
  Address:  P O BOX 7704  SAN FRANCISCO, CA  94120-7704
  Account No.:                                  Date Filed:
  Scheduled:    $7,811.00                       Monthly Pmt:$0.00         Int. Rate: 0.00
  Filed:        NO CLAIM FILED                  Pay Percent:  100.00
                                                Note:

Claim No.:38----NORDSTROM----Class:UNSECURED
  Address:  P O BOX 6555  ENGLEWOOD, CO  80155
  Account No.:                                  Date Filed:
  Scheduled:    $1,768.91                       Monthly Pmt:$0.00         Int. Rate: 0.00
  Filed:        NO CLAIM FILED                  Pay Percent:  0.00
                                                Note:

```
Claim No.:1----PRA Receivables Management, LLC----Class:Court Matrix
    Address: Synchrony Bank  PO Box 41021  Norfolk, VA  23541
    Account No.:                              Date Filed:
    Scheduled:   $0.00                        Monthly Pmt:$0.00        Int. Rate: 0.00
    Filed:       $0.00                        Pay Percent:  0.00
                                              Note:

Claim No.:13----Preferred Credit Inc----Class:UNSECURED
    Address: Po Box 1970  St Cloud MN 56301 ,  56301
    Account No.:8376                          Date Filed:
    Scheduled:   $0.00                        Monthly Pmt:$0.00        Int. Rate: 0.00
    Filed:       NO CLAIM FILED               Pay Percent:  0.00
                                              Note:

Claim No.:14----RUSHMORE LOAN MANAGEMENT SERVICES----Class:MORTGAGE - ONGOING SECURED
    Address: P O BOX 52708  IRVINE, CA  92619-2708
    Account No.:2051                          Date Filed:   Jul 12, 2021
    Scheduled:   $858,679.29                  Monthly Pmt:$3,740.45    Int. Rate: 0.00
    Filed:       $864,570.82                  Pay Percent:  100.00
                                              Note:  **2354 LANSDOWNE PLACE

Claim No.:15----Rushmore Loan Management Services----Class:Court Matrix
    Address: P O Box 514707  Los Angeles CA 90051 ,  90051
    Account No.:                              Date Filed:
    Scheduled:   $0.00                        Monthly Pmt:$0.00        Int. Rate: 0.00
    Filed:       $0.00                        Pay Percent:  0.00
                                              Note:

Claim No.:22----RUSHMORE LOAN MANAGEMENT SERVICES----Class:MORTGAGE - ARREARS SECURED
    Address: P O BOX 52708  IRVINE, CA  92619-2708
    Account No.:2051                          Date Filed:   Jul 12, 2021
    Scheduled:   $111,953.25                  Monthly Pmt:$2,113.90    Int. Rate: 0.00
    Filed:       $125,834.12                  Pay Percent:  100.00
                                              Note:  +2354 LANSDOWNE/0%

Claim No.:52----RUSHMORE LOAN MANAGEMENT SERVICES----Class:SECURED - MTG SUPPL CLAIM - NOT I
    Address: P O BOX 52708  IRVINE, CA  92619-2708
    Account No.:2051                          Date Filed:   Oct 08, 2021
    Scheduled:   $0.00                        Monthly Pmt:$0.00        Int. Rate: 0.00
    Filed:       $2,424.96                    Pay Percent:  0.00
                                              Note:  ATTY FEES/APPRAISAL FEES/INSPE

Claim No.:16----Svo Portfolio Services----Class:Court Matrix
    Address: Attn Loan Servicing Administration  9002 San March Court  Orlando FL 32819 ,  32819
    Account No.:                              Date Filed:
    Scheduled:   $0.00                        Monthly Pmt:$0.00        Int. Rate: 0.00
    Filed:       $0.00                        Pay Percent:  0.00
                                              Note:
```

Claim No.:17----Synchrony Bank Lowes----Class:UNSECURED
    Address: Attn Bankruptcy Po Box 965060 Orlando FL 32896 , 32896
    Account No.:2794                                     Date Filed:
    Scheduled:    $0.00                    Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

Claim No.:18----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:5770                                       Date Filed:
    Scheduled:    $6,655.00          Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

Claim No.:19----U S Department of Education----Class:UNSECURED
    Address: Po Box 5609 Greenville TX 75403 , 75403
    Account No.:0517                                       Date Filed:
    Scheduled:    $898.00             Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

Claim No.:39----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:7152                                       Date Filed:
    Scheduled:    $6,316.00          Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

Claim No.:40----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:7156                                       Date Filed:
    Scheduled:    $4,165.00          Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

Claim No.:41----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:0514                                       Date Filed:
    Scheduled:    $3,882.00          Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

Claim No.:42----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:5776                                       Date Filed:
    Scheduled:    $3,077.00          Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:        NO CLAIM FILED     Pay Percent: 0.00
                                                   Note:

21-21652-A-13C

Claim No.:43----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:5782                                     Date Filed:
    Scheduled:     $2,952.00               Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          NO CLAIM FILED       Pay Percent: 0.00
                                             Note:

Claim No.:44----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:6955                                     Date Filed:
    Scheduled:     $1,750.00               Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          NO CLAIM FILED       Pay Percent: 0.00
                                             Note:

Claim No.:45----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:7161                                     Date Filed:
    Scheduled:     $1,704.00               Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          NO CLAIM FILED       Pay Percent: 0.00
                                             Note:

Claim No.:46----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:7147                                     Date Filed:
    Scheduled:     $1,505.00               Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          NO CLAIM FILED       Pay Percent: 0.00
                                             Note:

Claim No.:50----U S Department of Education----Class:UNSECURED
    Address: Ecmc Attn Bankruptcy Po Box 16408 Saint Paul MN 55116 , 55116
    Account No.:                                         Date Filed:
    Scheduled:     $6,655.00               Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          NO CLAIM FILED       Pay Percent: 0.00
                                             Note:

Claim No.:51----U S Department of Education----Class:UNSECURED
    Address: Po Box 5609 Greenville TX 75403 , 75403
    Account No.:                                         Date Filed:
    Scheduled:     $898.00                 Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          NO CLAIM FILED       Pay Percent: 0.00
                                             Note:

Claim No.:2----U.S. Bank National Association----Class:Court Matrix
    Address: c/o Diane Weifenbach 5120 E. LaPalma Ave #209 Anaheim, CA 92807
    Account No.:                                         Date Filed:
    Scheduled:     $0.00                     Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed:          $0.00                   Pay Percent: 0.00
                                             Note:

Claim No.:20----Uplift Inc----Class:UNSECURED
  Address: Attn Bankruptcy  801 El Camino Real  Menlo Park CA 94025 ,  94025
  Account No.:6321                                Date Filed:
  Scheduled:    $0.00                             Monthly Pmt:$0.00        Int. Rate: 0.00
  Filed:        NO CLAIM FILED                    Pay Percent:  0.00
                                                  Note:

Claim No.:47----US DEPARTMENT OF EDUCATION----Class:UNSECURED
  Address: P O BOX 790336  NATIONAL PAYMENT CENTER  ST LOUIS, MO  63179-0336
  Account No.:9759                                Date Filed:   Aug 10, 2021
  Scheduled:    $38,763.07                        Monthly Pmt:$0.00        Int. Rate: 0.00
  Filed:        $32,908.80                        Pay Percent:  0.00
                                                  Note:

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

|         | Secured        | Priority  | Unsecured   |
|---------|----------------|-----------|-------------|
| Filed:  | $ 992,738.39   | $ 0.00    | $45,655.20  |

Claim No.:48----LAW OFFICES OF DIANE WEIFENBACH----Class:SPECIAL NOTICE
  Address: 5120 E LA PALMA AVE #209  ANAHEIM, CA  92807
  Account No.:                                    Date Filed:
  Scheduled:    $0.00
  Filed:                                          Pay Percent: 0.00

# DEBTOR'S ATTORNEY

LAW OFFICES OF GEOFF WIGGS----Class:ATTORNEY FEE
  Address: 1900 S NORFOLK ST, SUITE 350  SAN MATEO, CA  94403-1171
  Amt per Plan: $0.00