```
David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Maria Leah Pagtakhan | Case No: 21-21652-A-13L<br><br>PROOF OF SERVICE |

    I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen years and am not a party to the within cause of action. My business address is P.O. Box 1858 Sacramento, California 95812-1858.

    On December 03, 2021, I served the attached **NOTICE OF FILED CLAIMS**

on the interested parties by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the Trustee's mail room personnel for mailing in the United States mail at Folsom, California in accordance with the Trustee's ordinary practices, addressed as set forth below:

Maria Leah Pagtakhan
2354 Lansdowne Place  Vallejo, CA  94591

LAW OFFICES OF GEOFF WIGGS
1900 S NORFOLK ST, SUITE 350  SAN MATEO, CA  94403-1171

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Executed on 12/3/2021, at Folsom, California.

4  _____
    Danielle Yates