**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #23056, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 21-21652-A-13C |
| --- | --- | --- |
| | ) | DCN: GW-3 |
| | ) | |
| MARIA L. PAGTAKHAN, | ) | TRUSTEE'S STATUS REPORT |
| | ) | DEBTOR'S MOTION TO CONFIRM |
| | ) | |
| | ) | |
| | ) | |
| | ) | DATE: DECEMBER 17, 2021 |
| | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: CLEMENT |
| Debtor | ) | COURTROOM: 28, 7TH FLOOR |

DAVID P. CUSICK, TRUSTEE, provides a status report regarding his position on the Debtor's motion to confirm:

The Trustee reports that the Debtor is current with payments to the Trustee and has paid $45,962.56 into the Plan.

1

The Debtor's did file and serve Amended Schedules I and J again on November 30, 2021, (DN 65, 66), where Trustee's Counsel viewed the amendment (DN 62) coversheet, overlooked that the scheduled had been filed on November 15, 2021, (DN 60), and advised Debtor's Counsel he did not see the amended scheduled attached.

The schedules appear to be same income and expenses, and the Trustee previously had filed a statement of non-opposition, (DN 58.)

WHEREFORE, the Trustee believes the Court should confirm the plan.

DATED: DECEMBER 7, 2021

/s/ *Neil Enmark*_____
Neil Enmark, Attorney for Trustee