**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #23056, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 21-21652-E-13C |
| | ) | DCN: GW-3 |
| | ) | |
| MARIA L. PAGTAKHAN, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | DATE: AUGUST 17, 2021 |
| | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: CLEMENT |
| Debtor | ) | COURTROOM: 28, 7TH FLOOR |

  I, Teryl Wegemer, hereby certify that I am employed in the County of Sacramento, am over the age of eighteen (18) years and am not a party to the within cause of action. My business mailing address is P.O. Box 1858, Sacramento, California 95812-1858.

  On DECEMBER 7, 2021, I served the TRUSTEE'S STATUS REPORT TO DEBTOR MOTION TO CONFIRM on the interested parties by placing a true copy thereof either to the email address listed below or in a sealed envelope with the postage thereon fully prepaid for

1

mailing by first class mail in the United States mail at Folsom, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

> MARIA L. PAGTAKHAN
> 2354 LANSDOWNE PLACE
> VALLEJO, CA, 94591
>
> GEOFF WIGGS, ESQ
> 1900 S NORFOLK ST, SUITE 350
> SAN MATEO, CA 94403-1171

I declare under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER 7, 2021, at Folsom, California.

/s/ *Teryl Wegemer*
Teryl Wegemer, Paralegal