**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Maria Leah Pagtakhan    **Case No.:** 21-21652 - A - 13
                                                          **Docket Control No.** GW-3
                                                          **Date:** 12/17/2021
                                                          **Time:** 9:00 AM

**Matter:** [55] - Motion/Application to Confirm Chapter 13 Plan [GW-3] Filed by Debtor Maria Leah Pagtakhan (lars)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Janice Busch
**Reporter:** Not Recorded
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

**Motion:** Confirm Chapter 13 Plan
**Notice:** Continued from November 16, 2021
**Disposition:** Granted
**Order:** Prepared by the movant, approved by the trustee

**Subject:** First Amended Chapter 13 Plan, filed August 2, 2021

**DEFAULT OF RESPONDENT**

Unopposed motions are subject to the rules of default. Fed. R. Civ. P. 55, incorporated by Fed. R. Bankr. P. 7055, 9014(c). Written opposition to this motion was required not less than 14 days before the hearing on this motion. LBR 9014-1(f)(1)(B). None has been filed. The default of the responding party is entered. The court considers the record, accepting well-pleaded facts as true. TeleVideo Sys., Inc. v. Heidenthal, 826 F.2d 915, 917-18 (9th Cir. 1987).

Debtor seeks an order confirming her First Amended Chapter 13 Plan filed August 2, 2021. The chapter 13 trustee has filed a non-opposition to the motion.

**CHAPTER 13 PLAN CONFIRMATION**

Chapter 13 plan confirmation is governed by 11 U.S.C. §§ 1322, 1325 and by Federal Rule of Bankruptcy Procedure 2002(b) and Local Bankruptcy Rule 3015-1.  The debtor has the burden of proving that the plan complies with all statutory requirements of confirmation.  *In re Andrews*, 49 F.3d 1404, 1407-08 (9th Cir. 1995); *In re Barnes*, 32 F.3d 405, 407-08 (9th Cir. 1994).

The court finds that the debtor has sustained that burden, and the court will approve confirmation of the plan.